# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:08CV107-RLV-DCK

| | |
|---|---|
| PAUL DOUGLAS ABSHER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HAROLD EUGENE MARTIN, individually and ) | |
| In his official capacity as a Deputy of the Wilkes ) | |
| County Sheriff's Department; HAROLD HARPER ) | |
| HARTLEY, individually and in his official ) | |
| capacity as a Deputy of the Wilkes County Sheriff's ) | |
| Department; GENE ALAN WYATT, individually ) | |
| and in his official capacity as a Deputy of the ) | |
| Wilkes County Sheriff's Department; ROCKY ) | |
| LINNIE MOORE, individually and in his official ) | |
| capacity as an Officer of the Wilkesboro Police ) | |
| Department; BRANDON STUART STOKES, ) | |
| Trooper for the North Carolina State Highway ) | |
| Patrol, individually, JOHN DOE 1, individually ) | |
| and in his official capacity as a Deputy of the ) | |
| Wilkes County Sheriff's Department; JOHN DOE ) | |
| 2, individually and in his official capacity as a ) | |
| Deputy of the Wilkes County Sheriff's Department; ) | |
| JOHN DOE 3, individually and in his official ) | |
| capacity as a Deputy of the Wilkes County ) | |
| Sheriff's Department; JOHN DOE 4, individually ) | |
| and in his official capacity as a Deputy of the ) | |
| Wilkes County Sheriff's Department; ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and there are two motions ripe for disposition. If the case is not settled at the upcoming mediation, these motions will need to be resolved.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the undersigned for a Motions Hearing on **Thursday, November 19, 2009**, prepared to discuss the status of this case and to argue the pending motion to compel and motion to amend. The Clerk will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

**IT IS SO ORDERED**.

Signed: November 4, 2009

David C. Keesler
United States Magistrate Judge